June 4, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

DCENT, INC., Appellant

NO. 14-12-00772-CV            V.

O GUERRERO CONSTRUCTION, INC., Appellee

_____

This cause, an appeal from the judgment in favor of APPELLEE, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order APPELLANT to pay all costs incurred in this appeal.

We further order this decision certified below for observance.